IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

|  |  |  |
|---|---|---|
| JANA GRAHAM, | : | CIVIL ACTION |
|  | : | FILE NO: 4:16-CV-00743-ALM |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : | COMPLAINT for violations of |
| HRCHITECT, INC. and MATT LAFATA, | : | the Fair Labor Standards Act |
|  | : | of 1938, as amended, breach |
|  | : | of contract and restitution |
| Defendants. | : |  |
| _____ | : | JURY TRIAL DEMANDED |
|  | : |  |

## ORDER GRANTING JOINT DISMISSAL WITH PREJUDICE

Upon consideration of the parties' Joint Dismissal with Prejudice [Dkt. #57], filed on October 11, 2017, and finding that it is based on good cause, the Court finds that the above captioned case should be dismissed with prejudice.

It is HEREBY ORDERED, ADJUDGED AND DECREED that the parties' Joint Dismissal with Prejudice is GRANTED and the above captioned case is hereby dismissed with prejudice.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 9th day of November, 2017.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE